JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

FELIX KHOSROVIAN,

      Petitioner,

    v.

D. MARIN, ETC., ET AL.,

      Respondents.

No. ED CV 26-427-ODW(E)

JUDGMENT

    IT IS ADJUDGED that the Petition is granted in part and Respondents are ordered to release Petitioner from detention immediately, subject to the conditions of his previous supervision.

    DATED: March 17, 2026

                         _____
                            OTIS D. WRIGHT, II
               UNITED STATES DISTRICT JUDGE